UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID MALDONADO,

Defendant.

**SEALED INDICTMENT**

25 Cr.

**25 CRIM 564**

## COUNT ONE
### (Possession of Ammunition After a Felony Conviction)

The Grand Jury charges:

1.    On or about November 14, 2025, in the Southern District of New York and elsewhere, DAVID MALDONADO, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, twelve nine-millimeter caliber cartridge cases, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
### (Possession of a Machinegun)

The Grand Jury Further charges:

2.    On or about November 14, 2025, in the Southern District of New York and elsewhere, DAVID MALDONADO, the defendant, knowingly possessed and transferred a machinegun, to wit, MALDONADO had on his person in the Bronx, New York one Polymer 80 model PF940C, 9x19 caliber firearm equipped with one Glock-style conversion device and a combination of parts designed and intended for use in converting a weapon into a machinegun.

(Title 18, United States Code, Section 922(o)(1).)

## FORFEITURE ALLEGATION

3.    As a result of committing the offenses alleged in Counts One and Two of this Indictment, DAVID MALDONADO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used said offense, including but not limited to:

    a.    One Polymer 80, model PF940C, 9x19mm caliber firearm;

    b.    One Glock-type conversion device;

    c.    One ammunition cartridge casing with the following headstamp: "F C 9MM LUGER";

    d.    One ammunition cartridge casing with the following headstamp: "NORMA 9mm LUGER";

    e.    Two ammunition cartridge casings with the following headstamp: "WIN 9mm LUGER"; and

    f.    Eight ammunition cartridge casings with the following headstamp: "RED ARMY CR 9mm LUGER".

### Substitute Assets Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

JAY CLAYTON
United States Attorney